

HAWKINS, J.

At the April term, 1930, of the district court for Reeves county, appellant was convicted of murder, and punishment assessed at death. He appealed from this jail to the Court of Criminal Appeals of Texas. It is now made known to us that pending said appeal appellant escaped from the jail of said Reeves county, and is still at large.

Under the provision of article 824, C. C. P. 1925, said escape pending appeal ousted this court of jurisdiction.

The appeal is dismissed.

**Charlie BOHLER, Appellant, v. STATE.**

No. 13915.

Court of Criminal Appeals of Texas.

Oct. 22, 1930.

Jack B. Deahl, of Wellington, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, J.

Conviction for rape; punishment, five years in the penitentiary.

The record is here without statement of facts or bills of exception. The indictment, the charge of the court, the judgment, and sentence are regular.

No error appearing, the judgment will be affirmed.

HAWKINS, J., absent.